[No. 10987-9-III.   Division Three.   October 22, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. DEMETRIO
CISNEROS SOLIS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 90-1-00058-2, Michael E. Cooper, J.,

entered June 18, 1990. *Reversed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Stauffacher, J. Pro Tem.